# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ADAM WHITE,<br><br>Defendant, | No. 2:21-CR-00095-GMN-VCF-1<br><br>**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO TRANSFER DEBT FROM THE DISTRICT OF NEVADA TO THE EASTERN DISTRICT OF WASHINGTON** |

The United States of America moved for an Order authorizing the U.S. Clerk of Court for the District of Nevada to transfer the debt of Michael Adam White to the U.S. Clerk of Court for the Eastern District of Washington. The Court has reviewed the United States' motion and any response and reply thereto.

For the reasons stated in the United States' motion, the Court GRANTS the motion and authorizes the U.S. Clerk of Court for the District of Nevada to transfer the debt of Michael Adam White, Case No. 2:21-CR-00095-GMN-VCF-1, to the U.S. District Court for the Eastern District of Washington, Case No. 2:18-CR-00232-TOR-20.

DATED this 3rd day of June, 2025.

_____
GLORIA M. NAVARRO
United States District Judge